United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 19, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-40430
Conference Calendar

KEITH JONES,

Petitioner-Appellant,

versus

U. P. CHILDRESS, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:05-CV-886
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Keith Jones, federal prisoner # 07431-424, appeals the district court's denial of his 28 U.S.C. § 2241 petition, which challenged the 168-month sentence imposed after his guilty-plea conviction of racketeering. The district court, citing Reyes-Requena v. United States, 243 F.3d 893, 904 (5th Cir. 2001), held that Jones had not established that the remedy in 28 U.S.C. § 2255 was inadequate or ineffective to challenge his sentence.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jones has failed to brief this issue on appeal.  Therefore, he has abandoned the relevant issue.  <u>See</u> <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.